UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Chevron Intellectual Property LLC et al,** ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | Case No. 4:10CV01276 TIA |
| ) | |
| **Rejax LLC,** ) | |
| ) | |
| Defendant. ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on July 14, 2010 and assigned to the Honorable Terry I. Adelman. Because the jurisdiction of this matter lies in the Southeast Division of this district, this case should have been assigned a Southeast Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeast Division of this court and assigned Case No.1:10cv0115 SNLJ. The Honorable Stephen N. Limbaugh, Jr., will preside.

Case No. 4:10cv01276 TIA is hereby administratively closed. Judge Adelman's name will be replaced for future assignment.

Dated this 16th day of July, 2010.

JAMES G. WOODWARD
Clerk of Court

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. **1:10cv00115 SNLJ** in all future matters concerning this case.